| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:12-CR-021-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00266-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Murdock<br>1804 Brown Shop Road<br>Petersburg, Tennessee 37144 | Eastern District of Tennessee | Chattanooga |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Harry S. Mattice, Jr., United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 2-26-2013 | TO 2-25-2016 |

| OFFENSE |
|---|
| Theft or Receipt of Stolen Mail Matter, in violation of Title 18 U.S.C. § 1708 |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____TENNESSEE - CHATTANOOGA_____

   IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee - Nashville** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/6/2013
*Date*

*Honorable Harry S. Mattice, Jr., U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/23/13
*Effective Date*

*United States District Judge*