PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Michael Murdock</u>          Case Number: <u>3:13-00266-01</u>

Name of Current Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Harry S. Mattice, Jr., U.S. District Judge (ED/TN)</u>

Date of Original Sentence: <u>February 26, 2013</u>

Original Offense: <u>18 U.S.C. § 1708 Theft or Receipt of Stolen Mail Matter</u>

Original Sentence: <u>3 years' probation</u>

Type of Supervision: <u>Probation</u>          Date Supervision Commenced: <u>January 20, 2012</u>

Assistant U.S. Attorney: <u>Unassigned</u>          Defense Attorney: <u>Larry L. Cain and Wesly H. Southerland</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 20th day of March, 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date     March 17, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.** |

Mr. Murdock failed to report for drug testing on two occasions, September 9, 2013, and February 18, 2014. The urine submitted for the drug test on February 19, 2014, was significantly diluted. On September 10, 2013, Mr. Murdock reported to the probation officer that he was unaware that his drug testing was scheduled for September 9, 2013. On February 18, 2014, the defendant reported to the probation officer that he missed drug testing due to his cattle getting out of his land and after rounding them up, it was too late to report for testing.

| | |
|---|---|
| 2. | **The defendant shall not unlawfully possess a controlled substance.** |

Mr. Murdock tested positive for cocaine on two occasions, October 23, 2013, and February 19, 2014. He admitted marijuana use recent to the drug test on October 23, 2013, but denied knowingly using cocaine. He denied illegal drug use on February 19, 2014. Mr. Murdock illegally possessed a controlled substance as evidenced by the positive drug tests on October 23, 2013, and February 19, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Murdock began probation on February 26, 2013. He is scheduled to terminate probation on February 25, 2016.

As a result of the positive drug test in October 2013, he was referred for a substance abuse assessment on November 21, 2013. He began substance abuse treatment in January 2014 and has remained in treatment since that time. As a result of the recent drug test, his substance abuse treatment will be increased. Mr. Murdock has been verbally admonished for his noncompliance and advised that further violations may result in sanctions by the Court.

Mr. Murdock is employed in construction and the farming industry. He lives alone in Petersburg, Tennessee.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court at this time to allow opportunity for Mr. Murdock to benefit from substance abuse treatment.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer